CLEARY GOTTLIEB STEEN & HAMILTON LLP
Richard J. Cooper
Thomas S. Kessler
David Z. Schwartz
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999
*Attorneys for Antonio Reinaldo Rabelo Filho,*
*as Petitioner and Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Case No. 26-11522 (MEW) |
| Braskem S.A., *et al.*[1] | ) |
| | ) Chapter 15 |
| Debtor in a Foreign Proceeding. | ) (Joint Administration Requested) |
| | ) |

**NOTICE OF HEARING ON PROVISIONAL**
**RELIEF MOTION, JOINT ADMINISTRATION MOTION**
**AND SCHEDULING APPLICATION AND AGENDA FOR HEARING**

PLEASE TAKE NOTICE that, on June 26, 2026, Antonio Reinaldo Rabelo Filho, as Foreign Representative, filed a voluntary petition for relief under chapter 15 of title of the United States Bankruptcy Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") for each of the debtors in the above-captioned cases (collectively, the "Debtors") with the Bankruptcy Court for the Southern District of New York (the "Court").

PLEASE TAKE FURTHER NOTICE that, a hearing (the "Hearing") to consider the relief sought in the *Motion for Provisional Relief Pursuant to 11 U.S.C. §§ 1519, 105(a), and 362* (the "Provisional Relief Motion") (ECF No. 5); *Motion for an Order Directing the Joint Administration of the Chapter 15 Cases of Braskem S.A. and Its Debtor Affiliates Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 1015(b)* (the "Joint Administration Motion") (ECF No. 3); and the *Application Pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9007 for Order Scheduling Hearing and Specifying Form and Manner of Service of Notice, and Granting Related Relief* (the "Scheduling Application") (ECF No. 7) will be

---

[1] The debtors in these chapter 15 cases, along with the last four digits of each debtor's tax identification number in their applicable jurisdiction of incorporation, are as follows: Braskem S.A. (01-70–Brazil); Braskem Netherlands B.V. (6B01–Netherlands); Braskem Netherlands Inc., B.V. (9B01–Netherlands); Braskem Netherlands Finance B.V. (5B01–Netherlands); Braskem Trading & Shipping B.V. (7B01–Netherlands); and Braskem America Finance Co. (1581–US).

conducted on **June 30, 2026 at 2:00 P.M. (Prevailing Eastern Time)** before the Honorable Judge Michael E. Wiles, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004. The Hearing will be hybrid and will be conducted in person for counsel and through Zoom for government for all other parties.

   **PLEASE TAKE FURTHER NOTICE** that parties wishing to appear or be heard at the Hearing should use the eCourt Appearances link on the Court's website: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. All case participants must register for the Hearing by no later than 12:00 p.m. (ET) one business day before the Hearing. After the deadline to make appearances passes, the Court will circulate by email prior to the Hearing the Zoom links to those persons who made eCourt Appearances, using the email addresses submitted with those appearances. Members of the public who wish to listen to, but not participate in, the Hearing free of charge may do so by registering for the Hearing through the eCourt Appearances link on the Court's website. An agenda for the Hearing is attached hereto as **Exhibit 1**.

   **PLEASE TAKE FURTHER NOTICE** that copies of all pleadings filed in the above-captioned chapter 15 cases can be viewed and/or obtained: (i) by visiting the Debtors' case website at https://dm.epiq11.com/case/braskem, (ii) otherwise from the Debtors' notice agent, Epiq 11, by emailing Braskem@epiqglobal.com, or (iii) accessing the Court's website at www.nysb.uscourts.gov. Note that a PACER password is needed to access documents on the Court's website.

Dated: June 26, 2026
    New York, New York

/s/ *Thomas S. Kessler*
Richard J. Cooper
Thomas S. Kessler
David Z. Schwartz
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to Antonio Reinaldo Rabelo Filho,*
*as Petitioner and Foreign Representative*

**Exhibit 1**

CLEARY GOTTLIEB STEEN & HAMILTON LLP
Richard J. Cooper
Thomas S. Kessler
David Z. Schwartz
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999
*Attorneys for Antonio Reinaldo Rabelo Filho,*
*as Petitioner and Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) ) ) | Case No. 26-11522 (MEW) |
| Braskem S.A., *et al.* [1] | ) ) ) | Chapter 15 |
| Debtor in a Foreign Proceeding. | ) ) | (Joint Administration Requested) |

**AGENDA FOR HEARING TO BE HELD**
**JUNE 30, 2026, AT 2:00 P.M. (PREVAILING EASTERN TIME)**

**Date and Time of Hearing:**      June 30, 2026, at 2:00 p.m. (Prevailing Eastern Time)

**Location of Hearing:**      Before the Honorable Michael E. Wiles, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York.  The June 30 hearing (the "Hearing") will be hybrid and will be conducted in person for counsel and through Zoom for government for all other parties.  Parties wishing to register for the Hearing should use the eCourt Appearances link on the Court's website: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl no later than 12:00 p.m. (prevailing Eastern Time) one business day before the Hearing (the "Appearance Deadline").  Following the Appearance Deadline, the Bankruptcy Court will circulate by email the Zoom link to

---

[1]      The debtors in these chapter 15 cases, along with the last four digits of each debtor's tax identification number in their applicable jurisdiction of incorporation, are as follows: Braskem S.A. (01-70–Brazil); Braskem Netherlands B.V. (6B01–Netherlands); Braskem Netherlands Inc., B.V. (9B01–Netherlands); Braskem Netherlands Finance B.V. (5B01–Netherlands); Braskem Trading & Shipping B.V. (7B01–Netherlands); and Braskem America Finance Co. (1581–US).

the Hearing to those parties who have made an electronic appearance.

**Copies of Motions:**    Copies of each pleading identified below can be viewed and/or obtained: (i) by visiting the Debtors' case website at https://dm.epiq11.com/case/braskem/info, (ii) otherwise from the Debtors' notice agent, Epiq 11, by emailing Braskem@epiqglobal.com, or (iii) by accessing the Court's website at www.nysb.uscourts.gov. Note that a PACER password is needed to access documents on the Court's website.

## AGENDA FOR JUNE 30 HEARING

**Matters to be Heard at June 30 Hearing:**

1. **Provisional Relief Motion:** *Motion for Provisional Relief Pursuant to 11 U.S.C. §§ 1519, 105(a), and 362.* [ECF No. 5], Case No. 26-11522.

   i.    **No Responses**

   ii.    **Related Documents:**

   a. *Verified Petition for Recognition of the Brazilian Proceeding and Motion for Order Granting Related Relief Pursuant to 11 U.S.C. §§ 105(A), 1515, 1517, 1520, and 1521.* [ECF No. 2], Case No. 26-11522.

   b. *Declaration of Ana Elisa Laquimia Pursuant to 28 U.S.C. § 1746 in Support of the Verified Petition for Recognition of the Brazilian Proceeding and Motion for Order Granting Related Relief Pursuant to 11 U.S.C. §§ 105(A), 1515, 1517, 1520, and 1521.* [ECF No. 4], Case No. 26-11522.

   c. *Motion to Shorten Notice and Setting Procedures for Hearing to Consider Motion for Provisional Relief.* [ECF No. 6], Case No. 26-11522.

   iii.    **Status:** A proposed order has been filed and the matter is going forward at the Hearing.

2. **Joint Administration Motion:** *Motion for an Order Directing the Joint Administration of the Chapter 15 Cases of Braskem S.A. and Its Debtor Affiliates Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 1015(b).* [ECF No. 3], Case No. 26-11522.

   i.    **No Responses**

   ii.    **No Related Pleadings**

2

      **iii.**    **Status:** A proposed order has been filed and the matter is going forward at the Hearing.

3. **Scheduling Application:** *Application Pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9007 for Order Scheduling Hearing and Specifying Form and Manner of Service of Notice, and Granting Related Relief).* [ECF No. 7], Case No. 26-11522.

      **i.**    **No Responses**

      **ii.**    **No Related Pleadings**

      **iii.**    **Status:** A proposed order has been filed and the matter is going forward at the Hearing.