**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 26-11522 (MEW) |
| Braskem S.A.,[1] | Chapter 15 |
| Debtor in a Foreign Proceeding. | (Jointly Administered) |

**ORDER GRANTING MOTION TO**
**SHORTEN NOTICE AND SETTING PROCEDURES FOR**
**HEARING TO CONSIDER MOTION FOR PROVISIONAL RELIEF**

Upon the Petitioner's *Motion to Shorten Notice and Setting Procedures for Hearing to Consider Motion for Provisional Relief* (the "Motion")[2] requesting the entry of this order (this "Order") (a) shortening the notice period with respect to the Motion for Provisional Relief, (b) scheduling the date for the Provisional Relief Hearing, (c) approving certain notice procedures for the Motion for Provisional Relief, (d) setting a deadline for responses and objections to the Motion for Provisional Relief, and (e) granting related relief; and it appearing that this Court has jurisdiction to consider the Motion pursuant to sections 157 and 1334 of title 28 of the United States Code, and the Amended Standing Order of Reference dated January 31, 2012, Reference M-431, *In re Standing Order of Reference Re: Title 11*, 12 Misc. 00032 (S.D.N.Y. Jan. 31, 2012) (Preska, C.J.) (the "Amended Standing Order"); and the Court having found that this is a core proceeding pursuant to section 157(b)(2)(P) of title 28 of the United States Code; and the Court having found that venue of this proceeding is proper before this Court pursuant to sections 1409 and 1410 of title 28 of the United States Code; and the Court having found cause for the relief

---

[1]  The debtors in these chapter 15 cases, along with the last four digits of each debtor's tax identification number in their applicable jurisdiction of incorporation, are as follows: Braskem S.A. (01-70–Brazil); Braskem Netherlands B.V. (6B01–Netherlands); Braskem Netherlands Inc., B.V. (9B01–Netherlands); Braskem Netherlands Finance B.V. (5B01–Netherlands); Braskem Trading & Shipping B.V. (7B01–Netherlands); and Braskem America Finance Co. (1581–US).

[2]  Capitalized terms used but not otherwise defined shall have the meanings ascribed to them in the Motion.

requested in the Motion pursuant to Rule 9077-1(b) of the Local Bankruptcy Rules for the Southern District of New York; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1.      The Motion is GRANTED as set forth herein.

2.      The Provisional Relief Hearing to consider the Motion for Provisional Relief shall be held before the Honorable Judge Michael E. Wiles, United States Bankruptcy Judge, on Tuesday, June 30 at 2 P.M. (New York time).

3.      The Provisional Relief Hearing will be conducted in person for counsel and by Zoom for Government videoconference for other parties.   Parties wishing to participate by Zoom in the Provisional Relief Hearing are required to register their eCourt Appearance by 4:00 p.m. (prevailing Eastern Time) the day before the Provisional Relief Hearing at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

4.      The Debtors shall serve (i) the Motion, (ii) the Motion for Provisional Relief (including the proposed order approving the Motion for Provisional Relief), (iii) this Order, (iv) the Verified Petition, and (v) the Brazilian Counsel Declaration by email where known, and if not known, by overnight mail or the most expeditious means reasonably available upon all parties listed in **Exhibit B** to the Motion.

5.      Service in the time and manner set forth above shall under the circumstances constitute good and sufficient service and adequate notice of the Motion, the Motion for Provisional Relief, and the Provisional Relief Hearing.

6.      Responses or objections, if any, to the Motion for Provisional Relief shall be made in writing prior to the hearing to the extent possible, or otherwise at the hearing, and shall set forth the basis therefor.  Any written responses or objections must be (i) filed electronically with the

Court on the Court's electronic case filing system in accordance with and as provided in General Order M-399 and the Court's Procedures for the Filing, Signing and Verification of Documents by Electronic Means (copies of each of which may be viewed on the Court's website at http://www.nysb.uscourts.gov/sites/default/files/5005-2-procedures.pdf), and (ii) served upon Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006 (Attn: Richard J. Cooper, Esq., Thomas S. Kessler, Esq. and David Z. Schwartz, Esq.), counsel to the Petitioner, in each case so as to be actually received on or before the Provisional Relief Hearing, with the Petitioner reserving the right to present any arguments in reply at the Provisional Relief Hearing.

7.    The Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: June 26, 2026
       New York, New York

**s/Michael E Wiles**
HONORABLE MICHAEL E. WILES
UNITED STATES BANKRUPTCY JUDGE
