CLEARY GOTTLIEB STEEN & HAMILTON LLP
Richard J. Cooper
Thomas S. Kessler
David Z. Schwartz
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999
*Attorneys for Antonio Reinaldo Rabelo Filho,*
*as Petitioner and Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 26-11522 (MEW) |
| Braskem S.A., *et al.*[1] | Chapter 15 |
| Debtor in a Foreign Proceeding. | (Jointly Administration) |

**AMENDED AGENDA FOR HEARING TO BE HELD**
**JUNE 30, 2026, AT 2:00 P.M. (PREVAILING EASTERN TIME)**

**Date and Time of Hearing:**    June 30, 2026, at 2:00 p.m. (Prevailing Eastern Time)

**Location of Hearing:**    Before the Honorable Michael E. Wiles, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York.  The June 30 hearing (the "Hearing") will be hybrid and will be conducted in person for counsel and through Zoom for government for all other parties.  Parties wishing to register for the Hearing should use the eCourt Appearances link on the Court's website: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl no later than 12:00 p.m. (prevailing Eastern Time) one business day before the Hearing (the "Appearance Deadline").  Following the Appearance Deadline, the Bankruptcy Court will circulate by email the Zoom link to

---

[1]    The debtors in these chapter 15 cases, along with the last four digits of each debtor's tax identification number in their applicable jurisdiction of incorporation, are as follows: Braskem S.A. (01-70–Brazil); Braskem Netherlands B.V. (6B01–Netherlands); Braskem Netherlands Inc., B.V. (9B01–Netherlands); Braskem Netherlands Finance B.V. (5B01–Netherlands); Braskem Trading & Shipping B.V. (7B01–Netherlands); and Braskem America Finance Co. (1581–US).

the Hearing to those parties who have made an electronic appearance.

**Copies of Motions:** Copies of each pleading identified below can be viewed and/or obtained: (i) by visiting the Debtors' case website at https://dm.epiq11.com/case/braskem/info, (ii) otherwise from the Debtors' notice agent, Epiq 11, by emailing Braskem@epiqglobal.com, or (iii) by accessing the Court's website at www.nysb.uscourts.gov. Note that a PACER password is needed to access documents on the Court's website.

<u>**AMENDED AGENDA FOR JUNE 30 HEARING**</u>

## I.  Matters to be Heard at June 30 Hearing:

1.  **Provisional Relief Motion:** *Motion for Provisional Relief Pursuant to 11 U.S.C. §§ 1519, 105(a), and 362.* [ECF No. 5], Case No. 26-11522.

    i.  **Responses:**

        a.  *Statement and Reservation of Rights of the Ad Hoc Group of Creditors in Response to the Foreign Representative's Motion for Provisional Relief Pursuant to 11 U.S.C. §§ 1519, 105(a), and 362.* [ECF No. 19].

        b.  *Limited Statement and Reservation of Rights in Connection with Motion for Provisional Relief.* [ECF. 21].

    ii.  **Related Documents:**

        a.  *Verified Petition for Recognition of the Brazilian Proceeding and Motion for Order Granting Related Relief Pursuant to 11 U.S.C. §§ 105(A), 1515, 1517, 1520, and 1521.* [ECF No. 2].

        b.  *Declaration of Ana Elisa Laquimia Pursuant to 28 U.S.C. § 1746 in Support of the Verified Petition for Recognition of the Brazilian Proceeding and Motion for Order Granting Related Relief Pursuant to 11 U.S.C. §§ 105(A), 1515, 1517, 1520, and 1521.* [ECF No. 4].

        c.  *Motion to Shorten Notice and Setting Procedures for Hearing to Consider Motion for Provisional Relief.* [ECF No. 6].

        d.  *Order Granting Motion to Shorten Notice and Setting Procedures for Hearing to Consider Motion for Provisional Relief.* [ECF No. 15].

2

    e. *Notice of Revised Proposed Order Granting Provisional Relief.* [ECF No. 17].

    f. *Notice of Amended Verified Petition for Recognition of the Brazilian Proceeding and Motion for Order Granting Related Relief Pursuant to 11 U.S.C. §§ 105(A), 1515, 1517, 1520, and 1521.* [ECF No. 18].

    **iii.**   **Status:** A revised proposed order has been filed and the matter is going forward at the Hearing.

2. **Scheduling Application:** *Application Pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9007 for Order Scheduling Hearing and Specifying Form and Manner of Service of Notice, and Granting Related Relief).* [ECF No. 7].

    **i.**   **No Responses**

    **ii.**   **No Related Pleadings**

    **iii.**   **Status:** A proposed order has been filed and the matter is going forward at the Hearing.

## II. Matters Not Going Forward at June 30 Hearing:

3. **Joint Administration Motion:** *Motion for an Order Directing the Joint Administration of the Chapter 15 Cases of Braskem S.A. and Its Debtor Affiliates Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 1015(b).* [ECF No. 3].

    **i.**   **No Responses**

    **ii.**   **Related Documents:**

        a. *Order Directing Joint Administration of Cases.* [ECF No. 14].

    **iii.**   **Status:** An order granting the requested relief has been entered at ECF No. 14.

3

Dated: June 30, 2026           CLEARY GOTTLIEB STEEN & HAMILTON LLP
        New York, New York

                                      */s/ Thomas S. Kessler*
                                      Cleary Gottlieb Steen & Hamilton, LLP
                                      Richard J. Cooper
                                      Thomas S. Kessler
                                      David Z. Schwartz
                                      One Liberty Plaza
                                      New York, New York 10006
                                      Telephone: (212) 225-2000
                                      Facsimile: (212) 225-3999
                                      Email: rcooper@cgsh.com
                                           tkessler@cgsh.com
                                           dschwartz@cgsh.com

                                      *Attorneys for Antonio Reinaldo Rabelo Filho,*
                                      *as Petitioner and Foreign Representative*

4