CLEARY GOTTLIEB STEEN & HAMILTON LLP
Richard J. Cooper
Thomas S. Kessler
David Z. Schwartz
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999
*Attorneys for Antonio Reinaldo Rabelo Filho,*
*as Petitioner and Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | |
| | Case No. 26-11522 (MEW) |
| Braskem S.A., *et al.*,[1] | |
| | Chapter 15 |
| Debtor in a Foreign Proceeding. | (Jointly Administered) |

**NOTICE OF MATTERS TO BE HEARD AT THE AUGUST 25 CONFERENCE**

**PLEASE TAKE NOTICE** that, on June 26, 2026, Antonio Reinaldo Rabelo Filho, as Foreign Representative, filed a voluntary petition for relief under chapter 15 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") for each of the debtors in the above-captioned cases (collectively, the "Debtors") with the Bankruptcy Court for the Southern District of New York (the "Court") (as amended by ECF No. 18, the "Verified Petition").

**PLEASE TAKE FURTHER NOTICE** that, on June 30, 2026, the Court entered the *Order Granting Provisional Relief* (the "Provisional Relief Order") (ECF No. 24), granting the Debtors' *Motion for Provisional Relief Pursuant to 11 U.S.C. §§ 1519, 105(a), and 362* (the "Provisional Relief Motion") (ECF No. 5).

**PLEASE TAKE FURTHER NOTICE** that, on August 18, 2026, the Court held a status conference on the hearing on the relief sought in the Verified Petition (the "Recognition Hearing"). At the status conference, the Court scheduled a subsequent status conference to be held on **August 25, 2026 at 2:00 p.m.** (Prevailing Eastern Time) (the "August 25 Hearing").

[1] The debtors in these chapter 15 cases, along with the last four digits of each debtor's tax identification number in their applicable jurisdiction of incorporation, are as follows: Braskem S.A. (01-70–Brazil); Braskem Netherlands B.V. (6B01–Netherlands); Braskem Netherlands Inc., B.V. (9B01–Netherlands); Braskem Netherlands Finance B.V. (5B01–Netherlands); Braskem Trading & Shipping B.V. (7B01–Netherlands); and Braskem America Finance Co. (1581–US).

**PLEASE TAKE FURTHER NOTICE** that on August 24, 2026, the Foreign Representative filed (i) the *Motion for Extension of Provisional Relief Pursuant to 11 U.S.C. 105(A), 362, and 1519* (ECF No. 48), (the "Motion to Extend Provisional Relief"), (ii) the *Petitioner's Verified Supplement to Verified Petition for Recognition of the Brazilian Proceeding and Motion for Extension of Provisional Relief* in support thereof (ECF No. 49), and (iii) the *Motion to Shorten Notice and Setting Procedures for Hearing to Consider Motion for Extension of Provisional Relief* (ECF No. 50).

**PLEASE TAKE FURTHER NOTICE** that the Court will hear argument on the Motion to Extend Provisional Relief at the August 25 Hearing. The August 25 Hearing will be held before the Honorable Michael E. Wiles, United States Bankruptcy Judge, Courtroom 617 at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that parties wishing to appear or be heard at the August 25 Hearing should use the eCourt Appearances link on the Court's website https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. The Court will circulate by email prior to the August 25 Hearing the Zoom links to those persons who made eCourt Appearances, using the email addresses submitted with those appearances. Members of the public who wish to listen to, but not participate in, the August 25 Hearing free of charge may do so by registering through the eCourt Appearances link on the Court's website.

**PLEASE TAKE FURTHER NOTICE** that copies of all pleadings filed in the above-captioned chapter 15 cases can be viewed and/or obtained: (i) by visiting the Debtors' case website at https://dm.epiq11.com/case/braskem, (ii) otherwise from the Debtors' notice agent, Epiq 11, by emailing Braskem@epiqglobal.com, or (iii) accessing the Court's website at www.nysb.uscourts.gov. Note that a PACER password is needed to access documents on the Court's website.

[*The remainder of this page intentionally left blank.*]

Dated: August 24, 2026
New York, New York

Respectfully submitted,

/s/ *Thomas S. Kessler*

Cleary Gottlieb Steen & Hamilton, LLP
Richard J. Cooper
Thomas S. Kessler
David Z. Schwartz
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Emails:
rcooper@cgsh.com
tkessler@cgsh.com
dschwartz@cgsh.com

*Attorneys for Antonio Reinaldo Rabelo Filho, as Petitioner and Foreign Representative*