**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 26-11522 (MEW) |
| Braskem S.A., *et al.*,[1] | ) | |
| | ) | Chapter 15 |
| Debtors in a Foreign Proceeding. | ) | (Jointly Administered) |
| | ) | |

**ORDER GRANTING MOTION TO**
**SHORTEN NOTICE AND SETTING PROCEDURES FOR**
**HEARING TO CONSIDER MOTION FOR EXTENSION OF PROVISIONAL RELIEF**

Upon the Petitioner's *Motion to Shorten Notice and Setting Procedures for Hearing to Consider Motion for Extension of Provisional Relief* (the "Motion")[2] requesting the entry of this order (this "Order") (a) shortening the notice period with respect to the Provisional Relief Extension Motion, (b) scheduling the date for the Hearing, (c) approving certain notice procedures for the Provisional Relief Extension Motion, (d) setting a deadline for responses and objections to the Provisional Relief Extension Motion, and (e) granting related relief; and it appearing that this Court has jurisdiction to consider the Motion pursuant to sections 157 and 1334 of title 28 of the United States Code, and the Amended Standing Order of Reference dated January 31, 2012, Reference M-431, *In re Standing Order of Reference Re: Title 11*, 12 Misc. 00032 (S.D.N.Y. Jan. 31, 2012) (Preska, C.J.) (the "Amended Standing Order"); and the Court having found that this is a core proceeding pursuant to section 157(b)(2)(P) of title 28 of the United States Code; and the Court having found that venue of this proceeding is proper before this Court pursuant to sections

---

[1] The debtors in these chapter 15 cases, along with the last four digits of each debtor's tax identification number in their applicable jurisdiction of incorporation, are as follows: Braskem S.A. (01-70–Brazil); Braskem Netherlands B.V. (6B01–Netherlands); Braskem Netherlands Inc., B.V. (9B01–Netherlands); Braskem Netherlands Finance B.V. (5B01–Netherlands); Braskem Trading & Shipping B.V. (7B01–Netherlands); and Braskem America Finance Co. (1581–US).

[2] Capitalized terms used but not otherwise defined shall have the meanings ascribed to them in the Motion.

1409 and 1410 of title 28 of the United States Code; and it appearing that provisional relief that is currently in effect will expire unless it is extended; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. A hearing (the "Hearing") will be held before the Honorable Michael E. Wiles, United States Bankruptcy Judge, on August 25, 2026 at 2:00 p.m. (New York time) to consider a request for a temporary extension of the provisional relief previously granted. The Court will consider the request to be in the nature of a request for a temporary restraining order pending a possible further hearing. The Hearing will be held in hybrid form. Counsel should appear in person in courtroom 617 at the United States Bankruptcy Court, One Bowling Green, New York, New York 10004. Witnesses, and parties in interest who do not intend to participate in argument, may appear via Zoom for Government. Parties wishing to participate via Zoom are required to register their eCourt Appearance by 12:00 p.m. (prevailing Eastern Time) on August 25, at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

2. The Debtors shall serve (i) the Motion, (ii) the Provisional Relief Extension Motion (including the proposed order approving the Motion for Provisional Relief), (iii) this Order, (iv) the Verified Petition, and (v) the Verified Supplement by email and by overnight mail upon all parties listed in **Exhibit B** to the Motion.

3. Service in the time and manner set forth above shall constitute good and sufficient service and adequate notice of the Motion, the Provisional Relief Extension Motion, and the Hearing.

4. Responses or objections, if any, to the Provisional Relief Extension Motion may be made in writing or may be made orally at the Hearing. Any such written responses or objections must be filed electronically, with the Court on the Court's electronic case filing system in

accordance with and as provided in General Order M-399 and the Court's Procedures for the Filing, Signing and Verification of Documents by Electronic Means (copies of each of which may be viewed on the Court's website at http://www.nysb.uscourts.gov/sites/default/files/5005-2-procedures.pdf) and served upon counsel to the Foreign Representative, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006, Attn: Richard J. Cooper (rcooper@cgsh.com), Thomas S. Kessler (tkessler@cgsh.com), and David Z. Schwartz (dschwartz@cgsh.com), with the Petitioner reserving the right to present any arguments in reply at the Hearing.

5. The Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

**IT IS SO ORDERED**.

Dated: August 24, 2026
New York, New York

**s/Michael E. Wiles**
THE HONORABLE MICHAEL E. WILES
UNITED STATES BANKRUPTCY JUDGE