PAUL HASTINGS LLP
Daniel A. Fliman
Sayan Bhattacharyya
Robert Nussbaum
200 Park Avenue
New York, New York 10166
Telephone: 212-318-6000
Facsimile: 212-303-7079

*Attorneys for FFI Fund Ltd., FYI Ltd., and Olifant Fund, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Braskem S.A., *et al.*[1]<br><br>Debtors in a Foreign Proceeding | Case No. 26-11522 (MEW)<br><br>Chapter 15<br><br>(Jointly Administered) |

**HOLDERS' NOTICE PURSUANT TO RULE 44.1**

**PLEASE TAKE NOTICE THAT**, pursuant to Rule 44.1 of the Federal Rules of Civil Procedure, FFI Fund Ltd., FYI Ltd., and Olifant Fund, Ltd. (collectively, the "Holders"), as holders of the 7.125% Notes due 2041 (the "2041 Notes") issued by Braskem America Finance Company ("Braskem US FinCo"), intend to offer evidence regarding the applicable insolvency laws of Brazil in response to any evidence offered by the Debtors in connection with the Debtors' *Notice Pursuant to Rule 44.1* [Docket No. 64] and the hearing relating to the *Verified Petition for Recognition of the Brazilian Proceeding and Motion for Order Granting Related Relief Pursuant to 11 U.S.C. §§ 105(a), 1515, 1517, 1520, and 1521* [Docket No. 2] (as amended at Docket No. 18, the "Verified

[1] The debtors in these chapter 15 cases (the "Debtors" and, such cases, the "Chapter 15 Cases"), along with the last four digits of each debtor's tax identification number in their applicable jurisdiction of incorporation, are as follows: Braskem S.A. (01-70–Brazil); Braskem Netherlands B.V. (6B01–Netherlands); Braskem Netherlands Inc., B.V. (9B01–Netherlands); Braskem Netherlands Finance B.V. (5B01–Netherlands); Braskem Trading & Shipping B.V. (7B01–Netherlands); and Braskem America Finance Co. (1581–US).

Petition"), and the *Petitioner's Verified Supplement to Verified Petition for Recognition of the Brazilian Proceeding and Motion for Extension of Provisional Relief* [Docket No. 49] (the "Verified Supplement" and, together with the Verified Petition, the "Petition").

**PLEASE TAKE FURTHER NOTICE THAT** this notice is without prejudice to the invocation of foreign law on other issues as those issues become known and/or relevant pursuant to Rule 44.1 during the above-captioned proceedings, and shall not obligate the Holders to proffer expert testimony.

Dated: September 11, 2026
New York, New York

Respectfully submitted,

*Daniel A. Fliman*
Paul Hastings LLP
Daniel A. Fliman
Sayan Bhattacharyya
Robert Nussbaum
200 Park Avenue
New York, New York 10166
Telephone: 212-318-6000
Facsimile: 212-303-7079

*Attorneys for FFI Fund Ltd., FYI Ltd., and Olifant Fund, Ltd.*