CLEARY GOTTLIEB STEEN & HAMILTON LLP

AMERICAS
NEW YORK
SAN FRANCISCO
SÃO PAULO
SILICON VALLEY
WASHINGTON, D.C.
ASIA
HONG KONG
SEOUL

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

D: +1 212 225 2884
tkessler@cgsh.com

EUROPE & MIDDLE EAST
ABU DHABI
BRUSSELS
COLOGNE
LONDON
MILAN
PARIS
ROME

September 18, 2026

**VIA ECF AND EMAIL**

Honorable Michael E. Wiles
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Rm. 617
New York, NY 10004-1408

Re: *In re Braskem S.A., et al.*, Case No. 26-11522 (MEW) (Bankr. S.D.N.Y.) – Foreign Representative's Response to Noteholders' Request for Pre-Motion Conference

Your Honor:

We write on behalf of Antonio Reinaldo Rabelo Filho (the "Petitioner" or "Foreign Representative"), the duly authorized foreign representative of Braskem S.A., Braskem Netherlands B.V., Braskem Netherlands Inc. B.V., Braskem Netherlands Finance B.V., Braskem Trading & Shipping B.V., and Braskem America Finance Company (collectively, the "Debtors," and together with their affiliates, the "Braskem Group") in the above-captioned chapter 15 proceedings (the "Chapter 15 Cases"). Earlier today, counsel to FFI Fund Ltd., FYI Ltd., and Olifant Fund, Ltd. (the "Noteholders") filed a letter at ECF No. 67 requesting a conference (the "Conference") for permission to file a motion for summary judgment (the "Motion"). We write to briefly note the Foreign Representative's opposition to the Noteholders' request to file the Motion.

Given the schedule for a hearing on recognition of the Brazilian *recuperação extrajudicial* in these Chapter 15 Cases, the Foreign Representative does not believe that the Motion or the Noteholders' proposed schedule for a hearing on the Motion is efficient in terms of resources for the parties and the Court, nor will it materially streamline these Chapter 15 Cases.

Counsel to the Foreign Representative is available at the Court's convenience to discuss in further detail the basis for the Foreign Representative's objection, unless the Court would prefer that the parties provide their position in writing in advance of the requested Conference. The Foreign Representative expressly reserves all rights.

Respectfully submitted,

*/s/ Thomas S. Kessler*
Thomas S. Kessler
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
tkessler@cgsh.com

*Counsel to Antonio Reinaldo Rabelo Filho, as Petitioner and Foreign Representative*

Cc: All counsel via ECF