**MAYER BROWN LLP**
Joaquin M. C de Baca
Youmi Kim
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 506-2500
Email: jcdebaca@mayerbrown.com
ykim@mayerbrown.com

*Counsel to ING Bank N.V., Singapore Branch*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 26-11522 (MEW) |
| Braskem S.A., *et al.*,[1] | Chapter 15 |
| Debtors in a Foreign Proceeding. | (Jointly Administered) |

**NOTICE OF MOTIONS AND HEARING**

**PLEASE TAKE NOTICE** that on October 5, 2026, ING Bank N.V., Singapore Branch, as administrative agent under the NEXI loan agreement dated August 4, 2020 (the "Administrative Agent"), by and through its undersigned counsel, filed the (a) *Motion of ING Bank N.V., Singapore Branch for Order (I) Confirming That the Provisional Stay Does Not Apply to Portion of Claim Secured By a Debt Service Reserve Account or (II) in the Alternative, Granting Relief From the Provisional Stay*, and the (b) *Motion of ING Bank N.V., Singapore Branch for Entry of an Order Authorizing it to File Certain Information Under Seal in Connection With its Stay Relief Motion*

[1] The debtors in these chapter 15 cases (the "Debtors" and, such cases, the "Chapter 15 Cases"), along with the last four digits of each debtor's tax identification number in their applicable jurisdiction of incorporation, are as follows: Braskem S.A. (01-70–Brazil); Braskem Netherlands B.V. (6B01–Netherlands); Braskem Netherlands Inc., B.V. (9B01–Netherlands); Braskem Netherlands Finance B.V. (5B01–Netherlands); Braskem Trading & Shipping B.V. (7B01–Netherlands); and Braskem America Finance Co. (1581–US).

(together, the "Motions"), with the United States Bankruptcy Court for the Southern District of New York (the "Court").

**PLEASE TAKE FURTHER NOTICE** that the hearing (the "Hearing") to consider the Motions will be hybrid and will be conducted in person and through Zoom for Government on **October 27, 2026 at 11:00 a.m. (ET)** before the Honorable Michael E. Wiles, United States Bankruptcy Judge for the Southern District of New York, Courtroom 617 at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that parties wishing to appear or be heard at the Hearing should use the eCourt Appearances link on the Court's website https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. All case participants must register for the Hearing by no later than 12:00 p.m. (ET) one business day before the Hearing. After the deadline to make appearances passes, the Court will circulate by email prior to the Hearing the Zoom links to those persons who made eCourt Appearances, using the email addresses submitted with those appearances. Members of the public who wish to listen to, but not participate in, the Hearing free of charge may do so by registering for the Hearing through the eCourt Appearances link on the Court's website.

**PLEASE TAKE FURTHER NOTICE** that objections or responses, if any, to the Motions must be in writing, shall conform to the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules for the Southern District of New York, shall set forth the basis for the objection or response and the specific grounds therefore, and shall be filed electronically on or before **October 20, 2026 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Court. At the same time, you must serve a copy of any objection or response

by the Objection Deadline upon the undersigned counsel to the movant and to: (a) the Debtors, c/o Cleary Gottlieb Steen & Hamilton, LLP, One Liberty Plaza, New York, New York, Attn.: Richard J. Cooper, Thomas S. Kessler, and David Z. Schwartz; (b) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Linda Riffkin; and (c) any party that has requested notice pursuant to Bankruptcy Rule 2002. Only those objections made in writing and timely filed in accordance with the above procedures will be considered by the Court.

**PLEASE TAKE FURTHER NOTICE** that if you fail to object to the Motions in accordance with this Notice and by the Objection Deadline, the Court may grant the relief requested in the Motions without further notice or a hearing.

Dated: October 5, 2026
New York, New York

Respectfully submitted,

/s/ *Joaquin M. C de Baca*

Joaquin M. C de Baca
Youmi Kim
**MAYER BROWN LLP**
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 506-2500
E-mail: jcdebaca@mayerbrown.com
ykim@mayerbrown.com

*Counsel to ING Bank N.V., Singapore Branch*