PAUL HASTINGS LLP
Daniel A. Fliman
Sayan Bhattacharyya
Robert Nussbaum
Ryan P. Montefusco
200 Park Avenue
New York, New York 10166
Telephone: 212-318-6000

*Attorneys for FFI Fund Ltd., FYI Ltd., and Olifant Fund, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Braskem S.A., *et al.*[1]<br><br>Debtors in a Foreign Proceeding | Case No. 26-11522 (MEW)<br><br>Chapter 15<br><br>(Jointly Administered) |

**DECLARATION OF DANIEL A. FLIMAN IN SUPPORT OF HOLDERS' MOTION TO DENY RECOGNITION OF BRASKEM AMERICA FINANCE COMPANY'S BRAZILIAN PROCEEDING**

Daniel A. Fliman declares, pursuant to 28 U.S.C. § 1746, that:

1. I am an attorney with the law firm of Paul Hastings LLP, counsel for FFI Fund Ltd., FYI Ltd., and Olifant Fund, Ltd. (collectively, the "Holders") in this contested matter. I submit this declaration (this "Declaration") in support of the *Holders' Motion to Deny Recognition of Braskem America Finance Company's Brazilian Proceeding* (the "Motion")[2] *and* the *Holders' Statement of Material Facts Pursuant to Local Bankruptcy Rule 7056-1* (the "SMF"), each filed

[1] The debtors in these chapter 15 cases (the "Chapter 15 Cases"), along with the last four digits of each debtor's tax identification number in their applicable jurisdiction of incorporation, are as follows: Braskem S.A. (01-70–Brazil); Braskem Netherlands B.V. (6B01–Netherlands); Braskem Netherlands Inc., B.V. (9B01–Netherlands); Braskem Netherlands Finance B.V. (5B01–Netherlands); Braskem Trading & Shipping B.V. (7B01–Netherlands); and Braskem America Finance Co. (1581–US).

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

contemporaneously herewith. I am over the age of eighteen and have personal knowledge of the matters set forth herein.

2. The documents identified below as having been produced in discovery were produced by the Foreign Representative in these Chapter 15 Cases, and the copies attached hereto are copies of the documents as produced to the Holders.

3. Attached hereto as **Exhibit 1** is a copy of the Bylaws of U.S. FinCo, produced by the Foreign Representative in these Chapter 15 Cases at Bates Nos. BRASKEM_0000704 – BRASKEM_0000709.

4. Attached hereto as **Exhibit 2** is a copy of the Certificate of Incorporation of U.S. FinCo, produced by the Foreign Representative in these Chapter 15 Cases at Bates Nos. BRASKEM_0000710 – BRASKEM_0000712.

5. Attached hereto as **Exhibit 3** are relevant excerpts of the Indenture, dated as of July 22, 2011, among U.S. FinCo, as issuer, Braskem S.A., as guarantor, and The Bank of New York Mellon, as trustee, produced by the Foreign Representative in these Chapter 15 Cases at Bates Nos. BRASKEM_0000079 – BRASKEM_0000191.

6. Attached hereto as **Exhibit 4** is a copy of the offering memorandum, dated July 19, 2011, for the initial issuance of the 2041 Notes (the "2011 Offering Memorandum"), produced by the Foreign Representative in these Chapter 15 Cases at Bates Nos. BRASKEM_0001642 – BRASKEM_0001720.

7. Attached hereto as **Exhibit 5** is a copy of that certain intercompany loan agreement between U.S. FinCo and BAI, produced by the Foreign Representative in these Chapter 15 Cases at Bates Nos. BRASKEM_0000006 – BRASKEM_0000013.

8. Attached hereto as **Exhibit 6** is a copy of that certain intercompany loan agreement between U.S. FinCo and BAI, produced by the Foreign Representative in these Chapter 15 Cases at Bates Nos. BRASKEM_0000014 – BRASKEM_0000020.

9. Attached hereto as **Exhibit 7** is a copy of that certain intercompany loan agreement between U.S. FinCo and BAI, produced by the Foreign Representative in these Chapter 15 Cases at Bates Nos. BRASKEM_0000021 – BRASKEM_0000027.

10. Attached hereto as **Exhibit 8** is a copy of a document titled "Braskem America Finance 2041 Notes and Related Operations Flow," produced by the Foreign Representative in these Chapter 15 Cases at Bates Nos. BRASKEM_0000052 – BRASKEM_0000055.

11. Attached hereto as **Exhibit 9** are relevant excerpts of BAI's consolidated financial statements for fiscal years ended December 31, 2011 and December 31, 2010, as publicly available on the Common Register Portal for Germany (Gemeinsames Registerportal der Länder).

12. Attached hereto as **Exhibit 10** are copies of U.S. FinCo's Pennsylvania e-file Signature Authorization (Form PA-8879-C) and page 4 of its Pennsylvania Corporate Net Income Tax Report (Form RCT-101) for tax year 2023, produced by the Foreign Representative in these Chapter 15 Cases at Bates Nos. BRASKEM_0000938 – BRASKEM_0000939.

13. Attached hereto as **Exhibit 11** is a copy of U.S. FinCo's Pennsylvania tax return for 2024, produced by the Foreign Representative in these Chapter 15 Cases at Bates Nos. BRASKEM_0001160 – BRASKEM_0001168.

14. Attached hereto as **Exhibit 12** is a copy of U.S. FinCo's Pennsylvania Annual Report, dated May 6, 2026, produced by the Foreign Representative in these Chapter 15 Cases at Bates Nos. BRASKEM_0000587 – BRASKEM_0000588.

15. Attached hereto as **Exhibit 13** are copies of U.S. FinCo's State of Delaware Annual Franchise Tax Reports for 2025, produced by the Foreign Representative in these Chapter 15 Cases at Bates Nos. BRASKEM_0000589 – BRASKEM_0000590.

16. Attached hereto as **Exhibit 14** is a copy of the Citibank Account Confirmation Certificate for U.S. FinCo, produced by the Foreign Representative in these Chapter 15 Cases at Bates No. BRASKEM_0000380.

17. Attached hereto as **Exhibit 15** are relevant excerpts of Braskem S.A.'s Annual Report on Form 20-F for the fiscal year ended December 31, 2025, filed with the SEC on April 20, 2026, as obtained from the SEC's EDGAR database.

18. Attached hereto as **Exhibit 16** is a copy of a Braskem S.A. press release dated April 2, 2012, as obtained from Braskem S.A.'s publicly available website: https://www.braskem.com.br/usa/news-detail/Fernando-Musa-Named-CEO-of-Braskem-America?.

19. Attached hereto as **Exhibit 17** are relevant excerpts of Braskem S.A.'s Registration Statement on Form F-3 filed with the SEC on December 16, 2013, as obtained from the SEC's EDGAR database.

20. Attached hereto as **Exhibit 18** is a copy of the publicly available corporate record for BAI obtained from the Florida Department of State, Division of Corporations.

21. Attached hereto as **Exhibit 19** is a copy of the consolidated set of written board consents of U.S. FinCo, produced by the Foreign Representative in these Chapter 15 Cases at Bates Nos. BRASKEM_0001209 – BRASKEM_0001257.

22. Attached hereto as **Exhibit 20** are relevant excerpts of the consolidated U.S. Corporation Income Tax Return (Form 1120) of Braskem America Inc. & Subsidiary, in which

U.S. FinCo is included as a subsidiary corporation, for the year ended December 31, 2024, produced by the Foreign Representative in these Chapter 15 Cases at Bates Nos. BRASKEM_0000940 – BRASKEM_0001149.

23. Attached hereto as **Exhibit 21** is a copy of the offering memorandum, dated July 12, 2012, for the additional issuance of the 2041 Notes (the "2012 Offering Memorandum"), produced by the Foreign Representative in these Chapter 15 Cases at Bates Nos. BRASKEM_0001721 – BRASKEM_0001800.

24. Attached hereto as **Exhibit 22** is a copy of the publicly available LinkedIn profile of Ricardo Castro Lyra, as accessed on November 19, 2026, together with a machine-translated English version.

25. Attached hereto as **Exhibit 23** is a copy of the Debtors' petition commencing the Brazilian Proceeding filed with the Brazilian Court on August 24, 2026, together with a machine-translated English version.

26. Attached hereto as **Exhibit 24** is a copy of the decision of the Brazilian Court dated August 27, 2026, together with a machine-translated English version.

27. Attached hereto as **Exhibit 25** is a copy of the Holders' motion filed in the Brazilian Proceeding challenging the Brazilian Court's August 27, 2026 decision, dated September 9, 2026, together with a machine-translated English version.

28. Attached hereto as **Exhibit 26** is a copy of the opinion of the Bankruptcy Prosecutor's Office (*Ministério Público*) filed in the Brazilian Proceeding at Event 108, together with a machine-translated English version.

29. Attached hereto as **Exhibit 27** is a copy of the decision of the Brazilian Court dated September 24, 2026, together with a machine-translated English version.

30. Attached hereto as **Exhibit 28** is a copy of the decision of the Court of Justice of the State of São Paulo dated October 9, 2026, together with a machine-translated English version.

31. Attached hereto as **Exhibit 29** is a copy of the Debtors' request filed in the Brazilian Proceeding seeking an additional fifteen business days to solicit creditor support, dated October 20, 2026, together with a machine-translated English version.

32. Attached hereto as **Exhibit 30** is a copy of the opinion of the Bankruptcy Prosecutor's Office filed in the Brazilian Proceeding, dated October 28, 2026, together with a machine-translated English version.

33. Attached hereto as **Exhibit 31** is a copy of the involuntary chapter 11 petition filed against U.S. FinCo in this Court on October 21, 2026, Case No. 26-12495 [ECF No. 1].

34. Attached hereto as **Exhibit 32** is a copy of the Debtors' request to the Court of Justice of the State of São Paulo dated October 23, 2026, seeking reinstatement of U.S. FinCo's stay, together with a machine-translated English version.

35. Attached hereto as **Exhibit 33** is a copy of the decision of the Court of Justice of the State of São Paulo dated November 5, 2026, together with a machine-translated English version.

36. Attached hereto as **Exhibit 34** is a copy of the Holders' request filed in the Brazilian Proceeding seeking dismissal of the Brazilian Proceeding as to U.S. FinCo, dated October 20, 2026, together with a machine-translated English version.

37. Attached hereto as **Exhibit 35** is a copy of relevant excerpts of the transcript of the deposition of Patricio Eduardo Almuina, taken on November 5, 2026 ("Almuina Dep.").

38. Attached hereto as **Exhibit 36** is a copy of relevant excerpts of the transcript of the deposition of Antonio Reinaldo Rabelo Filho, taken on November 9, 2026 ("Rabelo Dep.").

39. Attached hereto as **Exhibit 37** is a copy of the Foreign Representative's Responses and Objections to the Holders' First Set of Requests for Admission, dated November 8, 2026 ("RFA Resp.").

40. Attached hereto as **Exhibit 38** is a copy of the Foreign Representative's Responses and Objections to the Holders' Second Set of Interrogatories, dated July 31, 2026 ("Second Rog Resp.").

41. Attached hereto as **Exhibit 39** is a copy of the Foreign Representative's Responses and Objections to the Holders' Third Set of Interrogatories, dated September 18, 2026 ("Third Rog Resp.").

42. Attached hereto as **Exhibit 40** is a copy of the Foreign Representative's Third Supplemental Responses and Objections to the Holders' Second Set of Interrogatories, dated November 8, 2026 ("Third Supp. Rog Resp.").

43. Attached hereto as **Exhibit 41** is a copy of the decision of the Superior Tribunal de Justiça in REsp No. 2,217,146/SP, together with a machine-translated English version.

44. Attached hereto as **Exhibit 42** are relevant excerpts of Braskem S.A.'s Annual Report on Form 20-F for the fiscal year ended December 31, 2012, filed with the SEC on April 8, 2013, as obtained from the SEC's EDGAR database.

45. Attached hereto as **Exhibit 43** is a copy of excerpts of the Annual Report 2024 of Braskem Netherlands Finance B.V., as filed with the Netherlands Chamber of Commerce (*Kamer van Koophandel*) on August 19, 2025.

46. Attached hereto as **Exhibit 44** is a copy of excerpts of the Annual Report 2024 of Braskem Netherlands B.V., as filed with the Netherlands Chamber of Commerce (*Kamer van Koophandel*) on November 21, 2025.

47. Attached hereto as **Exhibit 45** is a copy of excerpts of the Annual Report 2024 of Braskem Netherlands Inc. B.V., as filed with the Netherlands Chamber of Commerce (*Kamer van Koophandel*) on August 19, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 20, 2026
in New York, New York

*/s/ Daniel A. Fliman*
Daniel A. Fliman